THE HAWKEYE INSURANCE COMPANY V. THE BOARD OF EQUALIZATION OF THE CITY OF DES MOINES.

Life Insurance Company : TAXATION OF MONEYS AND CREDITS : WHAT TO BE DEDUCTED AS INDEBTEDNESS. (*Equitable Life Ins. Co. v. Board of Equalization,* 74 Iowa, 178, *followed*).

*Appeal from Polk Circuit Court.*

FILED, MAY 10, 1888.

PLAINTIFF is an insurance corporation having its place of business in the city of Des Moines. In 1885 the city assessor assessed it $77,986.47 on moneys and credits. The board of equalization reduced the assessment to forty thousand dollars. Plaintiff appealed to the circuit court. On a hearing on the merits the court entered an order reducing the assessment to $20,945.39, and from that order both parties appeal.

*C. P. Holmes* and *Barcroft & Bowen,* for plaintiff.

*James H. Detrick* and *Baylies & Baylies,* for defendant.

REED, J.—Plaintiff's capital stock is one hundred thousand dollars. Of that amount twenty-five thousand dollars has been paid up, and for the remaining seventy-five thousand dollars it holds the obligations of the stockholders. The circuit court held that it was not liable to assessment on either of these amounts, and defendant's appeal is from that part of the order. It also held that plaintiff was liable to assessment on its monies and credits—after deducting from the amount certain unpaid losses, and forty per cent. of the gross premiums—and plaintiff's appeal is from that part of the order. The questions presented are identical with those determined in *Equitable Life Ins. Co. v. The Board of Equalization,* 74 Iowa, 178. Following our holding in that case, the judgment will be affirmed on defendant's appeal. On plaintiff's appeal it will be

REVERSED.